# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| --- | --- | --- |
| | ) | 05-cr-00615 |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| KEVIN RANKIN | ) | 09-cv-3428 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 07-cr-00020-2 |
| | ) | |
| KEVIN RANKIN | ) | CIVIL ACTION NO. |
| | ) | 09-cv-3428 |

## ORDER

**AND NOW**, this 14th day of June 2011, upon review and consideration of *pro se* Petitioner Kevin Rankin's Motions to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [05-cr-615, Doc. No. 119; 07-cr-20-2, Doc. No. 153], and the Government's Motion to Dismiss Both Petitions [05-cr-615, Doc. No. 125], it is hereby **ORDERED** that:

1. Petitioner's Motions in each of the above-captioned cases are **DENIED**;

2. The Government's Motion in each of the above-captioned cases is **GRANTED**;

3. The Court finds no grounds upon which to issue a certificate of appealability, as Petitioner has not made a substantial showing of the denial of a constitutional right;[1] and

4. The Clerk of Court is **DIRECTED** to **CLOSE** these cases.

It is so **ORDERED**.

**BY THE COURT**:

**/s/ Cynthia M. Rufe**
**CYNTHIA M. RUFE, J.**

---

[1] See 28 U.S.C. § 2253(c)(2).